**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LEON BULLOCKS JR., ) | |
| ) | Case No. 2:16-cv-02478-JAD-NJK |
| Plaintiff(s), ) | |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| CITY OF NORTH LAS VEGAS, ) | |
| ) | |
| Defendant(s). ) | |

Plaintiff is proceeding in this action *pro se*, and submitted a complaint in an effort to initiate this case. Docket No. 1. Plaintiff has not, however, submitted the required filing fee or requested authority pursuant to 28 U.S.C. § 1915 to proceed *in forma pauperis*. In order to proceed with his case, Plaintiff must either pay the filing fee or submit the affidavit required by § 1915 showing an inability to prepay fees and costs or give security for them.

Accordingly, **IT IS ORDERED**:

1. Plaintiff shall either make the necessary arrangements to pay the filing fee, accompanied by a copy of this order, or file an Application to Proceed *in Forma Pauperis*.
2. The Clerk of the Court shall send Plaintiff a blank application form.
3. Plaintiff must comply with this order no later than November 10, 2016. Failure to comply will result a recommendation to the District Judge that this case be dismissed for failure to comply with this order.

Dated: October 24, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge