UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LEON BULLOCKS, JR., | ) |
| Plaintiff(s), | ) Case No. 2:16-cv-02478-JAD-NJK |
| vs. | ) ORDER |
| CITY OF NORTH LAS VEGAS, | ) |
| Defendant(s). | ) |

Pending before the Court is a motion to extend the time for Plaintiff to file an amended complaint. Docket No. 5. The motion is hereby **GRANTED** and the deadline for the amended complaint is extended to January 13, 2017. **The Court is not inclined to grant any further extensions.**

In addition, Plaintiff's motion contains some personal identifiers, such as his date of birth, so the Clerk's Office is **INSTRUCTED** to seal Docket No. 5. *See, e.g.*, Local Rule IC 6-1.

IT IS SO ORDERED.

DATED: December 16, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge