UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Leon Bullocks, Jr., <br><br>    Plaintiff <br><br> v. <br><br> North Las Vegas Police Department, <br><br>    Defendant | 2:16-cv-02478-JAD-NJK <br><br> **Order Adopting Report and Recommendation and Dismissing and Closing Case** <br><br> [ECF No. 9] |

On November 15, 2016, the magistrate judge granted Bullocks's application to proceed *in forma pauperis*, screened his complaint, and dismissed Bullocks's claims without prejudice and with leave to amend.[1] The magistrate judge has now screened Bullocks's amended complaint and she recommends that I dismiss this case because the amended complaint suffers from the same defects as the initial complaint.[2]

"[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[3] Objections to the magistrate judge's report and recommendation were due by January 20, 2017, and Bullocks has not filed an objection or requested an extension to do so.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the magistrate judge's report and recommendation **[ECF No. 9] is ADOPTED**. This case is DISMISSED.

The Clerk of Court is directed to CLOSE THIS CASE.

Dated this 9th day of February, 2017.

_____
Jennifer A. Dorsey
United States District Judge

---

[1] ECF No. 4.

[2] ECF No. 9.

[3] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).